1  MICHAEL C. ORMSBY
   United States Attorney
2  Eastern District of Washington
3  Jared C. Kimball
4  Aine Ahmed
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 0 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:CR-14-21-RMP |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. § 848<br>Continuing Criminal Enterprise (Count 1) |
| ▮▮▮ SAM G. WARD, ▮▮▮ | 21 U.S.C. § 846<br>Conspiracy to Distribute a Controlled Substance (Count 2) |
|  | 21 U.S.C. 846<br>Conspiracy to Distribute Phencyclidine (Count 3) |
|  | 21 U.S.C. § 846<br>Conspiracy to Possess with Intent to Distribute a Controlled Substance (Counts 4-5) |
|  | 21 U.S.C. § 841(a)(1)<br>Distribution of a Controlled Substance (Counts 6-7, 9-12, 14-18) |
| Defendants. |  |

INDICTMENT – 1
Indictment1

|   |   |
|---|---|
| 1 | 21 U.S.C. § 841(a)(1) |
| 2 | Distribution of a Schedule I |
| 3 | Controlled Substance, in the Form of Ecstasy (Count 8) |
| 4 |   |
| 5 | 21 U.S.C. § 841(a)(1) |
| 6 | Distribution of Phencyclidine (Count 13) |
| 7 |   |
| 8 | 21 U.S.C. § 853 Criminal Forfeiture |

The Grand Jury Charges:

## COUNT 1

That beginning on a date unknown, but by on or about June 22, 2013, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including February 19, 2014, within the Eastern District of Washington, and elsewhere, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓ Defendants herein, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise in that the Defendants unlawfully, knowingly and intentionally violated 21 U.S.C. §§ 841(a)(1), 843(b), 846, which violations include, but are not limited to Conspiracy to Distribute a Controlled Substance alleged in Count 3, and the substantive violations alleged in Counts 3-5, 7-9, 12-13, which Counts and Overt Acts are re-alleged and incorporated herein by reference as though fully set forth in this Count, and which violations were part of a continuing series of violations of the Controlled Substances Act, 21 U.S.C. § 801, et seq., undertaken by the Defendants, in concert with at least five other persons with respect to whom, occupied positions of organizer, supervisor, and any position of management, and from which such continuing series of violations the Defendants obtained substantial income and resources; all in violation of 21 U.S.C. § 848(a), (c).

INDICTMENT – 2
Indictment1

## COUNT 2

That beginning on a date unknown, but by no later than on or about July 18, 2012, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including February 19, 2014, in the Eastern District of Washington and elsewhere, ███████████████████████████████████████, ███████████████████████████████████████, ███████████████████████████████ SAM G. WARD, ███████████████████████████████████████, ███████████████████████████████████████, ███████████████████████████████████████, ███████████████████████████████████████, ███████████████████████████████████████, ███████████████████████████████████████, and others not known to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: conspiracy to distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, pursuant to 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all in violation of 21 U.S.C. § 846.

## COUNT 3

That beginning on a date unknown, but on or about October 14, 2013, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including February 19, 2014, in the Eastern District of Washington

INDICTMENT – 3
Indictment1

1  and elsewhere, ▮
2  ▮
3  ▮, and SAM G. WARD, and others not known to the Grand
4  Jury, did knowingly and intentionally combine, conspire, confederate and agree
5  together with each other and with other persons, both known and unknown to the
6  Grand Jury, to commit the following offense against the United States, to wit:
7  distribution of Phencyclidine ("PCP"), a Schedule II controlled substance, in
8  violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2, all in violation of
9  21 U.S.C. § 846.

## COUNT 4

That beginning on a date unknown, but on or about October 30, 2013, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including November 1, 2013, in the Eastern District of Washington and elsewhere, ▮ and others not known to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: possession with intent to distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2, all in violation of 21 U.S.C. § 846.

## COUNT 5

That beginning on a date unknown, but by on or about December 17, 2013, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including December 19, 2013, in the Eastern District of Washington and elsewhere, ▮, ▮

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ and ▊▊▊▊▊▊, and others not known to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: possession with intent to distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2, all in violation of 21 U.S.C. § 846.

## COUNT 6

That on or about March 24, 2013, in the Eastern District of Washington, ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊, Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 7

That on or about June 25, 2013, in the Eastern District of Washington, ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊, Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

INDICTMENT – 5
Indictment1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT 8

That on or about June 25, 2013, in the Eastern District of Washington, ▮▮▮▮▮ did knowingly and intentionally distribute a mixture or substance continuing a detectable amount of 3, 4-methylenedioxymethamphetamine, which is commonly known as MDMA, in the form of ecstasy pills, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

COUNT 9

That on or about July 18, 2013, in the Eastern District of Washington, ▮▮▮▮▮ Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

COUNT 10

That on or about August 7, 2013, in the Eastern District of Washington, ▮▮▮▮▮ and ▮▮▮▮▮, Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

COUNT 11

That on or about August 30, 2013, in the Eastern District of Washington, ▮▮▮▮▮ Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c),

INDICTMENT – 6
Indictment1

specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

### COUNT 12

That on or about October 3, 2013, in the Eastern District of Washington, ▮▮▮▮▮▮ Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

### COUNT 13

That on or about October 17, 2013, in the Eastern District of Washington, ▮▮▮▮▮▮ and ▮▮▮▮▮▮, Defendants herein, did knowingly and intentionally distribute Phencyclidine ("PCP"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

### COUNT 14

That on or about October 23, 2013, in the Eastern District of Washington, ▮▮▮▮▮▮ Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

### COUNT 15

That on or about November 5, 2013, in the Eastern District of Washington, ▮▮▮▮▮▮ Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. §

INDICTMENT – 7
Indictment1

812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 16

That on or about November 14, 2013, in the Eastern District of Washington, ▇▇▇▇▇▇▇▇▇▇, Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 17

That on or about November 22, 2013, in the Eastern District of Washington, ▇▇▇▇▇▇▇▇▇▇ Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 18

That on or about December 13, 2013, in the Eastern District of Washington, ▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇ Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of oxycodone hydrochloride, an opiate and Schedule II controlled substance, listed at 21 U.S.C. § 812(c), specifically in the form of pills containing oxycodone hydrochloride, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. §§ 841(a)(1) and 846, DEANDRE S. GAITHER, ███████

███████

SAM G. WARD, ███████

███████ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided

/////

/////

INDICTMENT – 9
Indictment1

///// 

///// 

without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 19th day of February, 2014.

A TRUE BILL

███████████
Foreperson

*Michael C. Ormsby* (signature)
MICHAEL C. ORMSBY
United States Attorney

*Jared C. Kimball* (signature)
Jared C. Kimball
Assistant United States Attorney

*Aine Ahmed* (signature)
Aine Ahmed
Assistant United States Attorney

INDICTMENT – 10
Indictment1