MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Jared C. Kimball
Assistant United States Attorney
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 14-CR-21-RMP-10 |
| vs. | Motion to Expedite Hearing |
| SAMUEL G. WARD, | Without Oral Argument |
| | Date: March 19, 2014 |
| Defendant. | Time: 9:00 a.m. |

Plaintiff, United States of America, by and through MICHAEL C. ORMSBY, United States Attorney for the Eastern District of Washington, and Jared C. Kimball and Aine Ahmed, Assistant United States Attorneys for the Eastern District of Washington, submits the following Motion To Expedite Hearing without oral argument on United States' Motion for Review of the Order

Motion To Expedite Hearing – 1
P40318dd.JKD

Setting Conditions of Release as Defendant is scheduled to be released.

Dated: March 18, 2014.

                                        MICHAEL C. ORMSBY
                                        United States Attorney

                                        *s/ Jared C. Kimball*
                                        Jared C. Kimball
                                        Assistant United States Attorney

                                        Aine Ahmed
                                        Assistant United States Attorney

Motion To Expedite Hearing – 2
P40318dd.JKD

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Adrienne Thomas
Thommes Law Office
1403 West Broadway
Spokane, Washington 99201

                                                           *s/ Jared C. Kimball*
                                                           Jared C. Kimball
                                                           Assistant United States Attorney