UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAMUEL G. WARD,

Defendant.

No. 2:14-CR-021-RMP-10

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY AND DIRECTING ADDITIONAL BRIEFING

Before the Court is Defendant's Motion for Order Modifying Release Conditions and for Expedited Hearing. ECF No. 375. Defendant seeks to travel to Kootenai County, Idaho, for work purposes; to travel to Alabama to see his ailing father; and removal of electronic home monitoring. Defendant's supervising U.S. Probation Officer does not object to the requested modifications; the United States does not object to the requested travel, but does object to removal of electronic home monitoring. Accordingly,

**IT IS ORDERED** Defendant's Motion, **ECF No. 735,** is **GRANTED IN PART** as follows:

1. Defendant may travel to Kootenai County, Idaho, for work purposes. Prior to travel, Defendant shall provide Pretrial Services his work schedule and contact information;

2. Defendant may travel to Alabama to see his ailing father at the discretion of his supervising Probation Officer. Prior to travel, Defendant shall provide Pretrial Services with his travel and contact information.

3. All other terms and conditions of the Defendant's release conditions shall remain in full force and effect, until further order of the Court.

**IT IS FURTHER ORDERED** the parties file by **July 1, 2014, at 5:00 p.m.,** a memo stating their position on the question of Defendant continuing to wear an electronic monitoring device.

If any party desires a hearing, the memo need state nothing more. The court will schedule a hearing.

If a party would prefer the matter determined without a hearing, the memo should clearly state such, and also provide any information or argument pertinent to the party's position. If both parties desire the matter determined without a hearing, the court will rule on the basis of the memoranda.

DATED June 27, 2014.




JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE