\

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAMUEL G. WARD,<br><br>                    Defendant. | No. 2:14-CR-021-RMP-10<br><br>ORDER DENYING DEFENDANT'S MOTION TO REMOVE ELECTRONIC HOME MONITORING |

Before the Court is Defendant's Motion for Order Modifying Release Conditions, specifically to remove the condition of electronic home monitoring. ECF No. 735. The Court previously granted Defendant's request to be able to travel to Kootenai County, Idaho for work, and to travel to Alabama, and ordered briefing on the issue of removal of electronic home monitoring. ECF No. 737. The United States objects to removal of electronic home monitoring.

The Court has reviewed Defendant's memoranda, ECF Nos. 735 and 751, in support of his Motion to modify conditions of release by removing the requirement that he be subject to electronic home monitoring, as well as the United states' memorandum in opposition, ECF No. 753. The Court notes that Defendant has successfully complied with terms and conditions of release to date, and that such is expected and assumed. The court finds that conditions have not significantly changed from the time the condition of electronic home monitoring was determined appropriate and, therefore,

ORDER - 1

1 | The Defendant's Motion to Modify Conditions of Release by removing the
2 | requirement of electronic home monitoring, **ECF NO. 735,** is **DENIED**.
3 | DATED July 3, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2