UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAMUEL G. WARD,<br><br>                    Defendant. | No. 2:14-CR-021-RMP-10<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO TEMPORARILY REMOVE ELECTRONIC HOME MONITORING AND TO EXTEND CURFEW |

      Before the Court is Defendant's Motion for Temporary Removal of Electronic Monitoring Device and Modification of Curfew. ECF No. 735. Defendant seeks removal of the EHM device so he can report to Benton County Jail to serve a sentence, as well as modification of his curfew.

      Removal of the EHM device is necessary for the Defendant to comply with the order of the Benton County District Court, and the United States Probation Office has no objection to modification of curfew. The United State does not object to removal of the EHM, provided it is resumed immediately upon his release from Benton County Jail.

      The United States objects to Defendant's request to modify his curfew. Defendant's supervising U.S. Probation Officer has no objection to modification of his curfew, if it is left to her discretion.

      The Court finds temporary removal of the EHM device is necessary. In

addition, the Court finds Defendant has not provided a reason to justify changing his curfew as it now stands. Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion for Temporary Removal of Electronic Monitoring Device, **ECF No. 773**, is **GRANTED.** Defendant's EHM device shall temporarily be removed to allow him to serve his Benton County Jail sentence. Defendant shall coordinate with the U.S. Probation Office for removal of the EHM, but no sooner than July 21, 2014. The EHM shall be replaced no later than July 24, 2014.

2. Defendant's request to modify his curfew is **DENIED.**

DATED July 17, 2014.

S/ VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE