# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ward, Samuel G. | Docket No. | 2:14CR00021-RMP-10 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Samuel G. Ward, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 18th day of March 2014, under the following conditions:

**Condition # 1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless defendant first notifies the supervising pretrial services officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** On or about July 28, 2014, the defendant was arrested for distribution of a controlled substance, marijuana.

PRAYING THAT THE COURT WILL ORDER A WARRANT

                              I declare under the penalty of perjury
                              that the foregoing is true and correct.

                              Executed on:    July 28, 2014

                         by   s/Melissa Hanson

                              Melissa Hanson
                              U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

                              Signature of Judicial Officer

                              July 28, 2014
                              Date

reviewed & signed electronically
this July 28, 2014,  4:19 p.m.