# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br><br>SAMUEL G. WARD,<br><br>               Defendant. | No. 2:14-CR-021-RMP-10<br><br>ORDER DENYING MOTION<br>FOR FURLOUGH |

Before the Court is Defendant Ward's Motion for Order Granting Temporary Release from Detention, Permission to Travel, and for Expedited Hearing. ECF No. 1105. Defendant advises that his father died on Christmas Eve, and requests a furlough to attend services in Alabama from January 1 to January 6, 2015.

Defendant has been in custody since August 12, 2014. Since that date, he has entered a guilty plea, and is scheduled to be sentenced on March 9, 2015. The proposed sentence is 48 months in custody, negotiated pursuant to Rule 11(c)(1)(C).

Defendant's Motion does not set out the United States' position on the Motion, and the United States has not filed a response. There is no indication that Pretrial Services has been notified or consulted. Further, the Motion does not describe the travel arrangements, and does not state why Defendant requests a furlough lasting six days.

The Court has also reviewed the circumstances which led to Defendant's current detention. This Court initially had released Defendant, but ordered detention after he was charged with delivering marijuana while on electronic home

ORDER - 1

monitoring. ECF No. 833.

    For these reasons, the Motion for expedited hearing is **GRANTED,** and the Motion for temporary release, **ECF No. 1105,** is **DENIED**.

**IT IS SO ORDERED**.

DATED December 31, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2