PROB 12C
(6/16)

Report Date: September 17, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Samuel G. Ward | Case Number: 0980 2:14CR00021-RMP-10 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 20, 2015

Original Offense:        Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) and (b)(1)(c)

| | | |
|---|---|---|
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matt Duggan | Date Supervision Commenced: January 12, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 11, 2020 |

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: On September 13, 2018, Mr. Ward was arrested by law enforcement. He failed to notify the undersigned officer of his arrest within 72 hours.<br><br>On January 12, 2017, Mr. Samuel Ward signed his conditions of supervision for case number, 2:14CR00021-RMP-10,  indicating he understood all conditions ordered by the Court.  Specifically, Mr. Ward was made aware by the undersigned officer that he is to notify the undersigned officer within 72 hours of being arrested or questioned by law enforcement.<br><br>On September 13, 2018, the undersigned officer received information that Mr. Ward was arrested by law enforcement.  A voice mail and text message was left on Mr. Ward's cell phone instructing him to contact this officer. |

Prob12C
**Re: Ward, Samuel G.**
**September 17, 2018**
**Page 2**

On September 14, 2018, the undersigned officer received a phone call from the arresting officer who confirmed Mr. Ward's arrest the day prior. The arresting officer advised Mr. Ward was released that same day. At the time of this report, Mr. Ward has yet to contact the undersigned officer regarding his arrest.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/17/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/17/2018
Date