# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
Spokane

**USA v. SAMUEL G. WARD**           Case No. **2:14-CR-0021-RMP-10**

**Initial Appearance on Supervised Release Petition:**     08/27/2019

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | James Goeke, US Atty |
| ☒ | Melissa Hanson, US Probation / Pretrial Services Officer | ☒ | Matt Campbell, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

    Defendant appeared with counsel and was advised of his rights and the allegations contained in the violation petition (ECF No. 2449).
    The Defendant acknowledged to the Court that his true and correct name is: SAMUEL G. WARD.
    Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

    Government orally moved for detention.
    Defendant waived preliminary hearing and requested a detention hearing be held this date. Government requested detention hearing be held the following day.

**The Court ordered:**
1. Detention hearing set on August 28, 2019 at 1:30 p.m.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg on Petition:** 08/28/2019 @ 1:30 p.m. [S/JTR] | **Preliminary Hrg:** *Waived by Defendant* | **Revocation Hrg:** 09/09/2019 @ 1:30 p.m. [S/RMP] |
|---|---|---|