# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Samuel G. Ward | Case Number: 0980 2:14CR00021-RMP-10 |
| Address of Offender: | , Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 20, 2015

Original Offense: Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) and (b)(1)©

| | | |
|---|---|---|
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: January 12, 2017 |
| Defense Attorney: | Ronald A. Van Wert | Date Supervision Expires: January 11, 2020 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Ward is alleged to have violated his conditions of supervision by being arrested for unlawful possession of a controlled substance, heroin, on or about August 22, 2019.<br><br>On January 12, 2017, Mr. Samuel Ward signed his conditions of supervision for case number, 2:14CR00021-RMP-10, indicating he understood all conditions ordered by the Court. Specifically, Mr. Ward was made aware by the undersigned officer that he is to not commit another federal state or local crime.<br><br>On August 22, 2019, according to Spokane Police report 2019-20159208, a Spokane Police officer had been working a drug investigation and obtained a search warrant for a residence, based on controlled purchases of heroin.<br><br>Spokane Police officers were outside the residence ready to serve the search warrant when officers observed Mr. Ward pull up in his vehicle and go inside residence. The search warrant was executed and Mr. Ward was detained. |

Mr. Ward was asked for his cell phone, which he told officers was inside the residence. Mr. Ward also provided officers with his phone number. The officers found the phone ringing on the bedroom floor. Also, a safe was located on the bed in the bedroom.

At the request of officers, Mr. Ward gave an officer his car keys and the keys opened up the safe that was on the bed. Inside the safe was a large amount of heroin, drug sales equipment, and $3,175 in U.S. currency. Officers also located a large amount of cocaine underneath the bed, next to Mr. Ward's phone.

Mr. Ward was booked into the Spokane County Jail for possession of a controlled substance heroin.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/23/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/23/2019

Date